UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA

      Plaintiff,                     CRIMINAL ACTION: 1:01-cr-130-01

v.                                    HONORABLE PAUL D. BORMAN

SEAN LAMONT CROMER

      Defendant.
_____/

ORDER REJECTING PROPOSED JURY INSTRUCTIONS

      The Defendant's Proposed Jury Instructions, electronically filed on June 8, 2006, shall be rejected for the reason that this Court ordered that the parties electronically file one jointly developed set of requested jury instructions at the beginning of trial.  Therefore;

      **IT IS HEREBY ORDERED** that Sean Lamont Cromer's Proposed Jury Instructions (Dkt. No. 150) are **REJECTED** for failure to comply with this Court's March 8, 2006 Trial Notice.

Dated:  June 12, 2006                          s/Paul D. Borman
                                                    Paul D. Borman
                                                    United States District Judge