UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

UNITED STATES OF AMERICA,

        Plaintiff,                    Case No. 1:01-cr-130-01

v.

                                      Hon. Paul D. Borman

SEAN LAMONT CROMER,

        Defendant.

_____/

### <u>ORDER</u>

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1.      The Report and Recommendation of the Magistrate Judge filed June 16, 2006, is approved and adopted as the Opinion and Findings of this Court.

2.      Defendant Sean Lamont Cromer's plea of guilty to Count Two of the First Superseding Indictment is accepted. Defendant Sean Lamont Cromer is adjudicated guilty.

3.      Defendant Sean Lamont Cromer shall be detained pending sentencing pursuant to 18 U.S.C. § 3143(a)(2).

4.      A decision of whether to accept the written plea agreement will be made at the time of sentencing after the Court has had the opportunity to review the Presentence Investigation Report. See U.S.S.G. Ch. 6.

Dated:  July 5, 2006                      s/Paul D. Borman
                                              Paul D. Borman
                                              United States District Judge